In the Matter of the Application of JACOB H. SHAFFER, Appellant.
THE CITY OF NEW YORK, Respondent.

*Matter of Shaffer*, 138 App. Div. 35, affirmed.
(Argued November 16, 1910; decided December 6, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 2, 1910, which affirmed an order of Special Term denying a motion for the reduction of an assessment for sewers on certain property in the borough of Brooklyn.

*Alexander McKinny* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Theodore Connoly* and *George L. Sterling* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.